AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 238, an individual,<br>*Plaintiff*<br>v.<br>UBER TECHNOLOGIES, INC., Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive,<br>*Defendant* | Case No. 3:23-cv-04372-SK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier-CA, LLC, and Rasier, LLC

Date: September 22, 2023

*Attorney's signature*

Samuel Q. Schleier 312449

*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502

*Address*

Sam.Schleier@bowmanandbrooke.com

*E-mail address*

(310) 768-3068

*Telephone number*

(310) 719-1019

*FAX number*